## Commonwealth *v.* Lyle, Appellant.

Submitted November 14, 1966. *Charles E. Lyle,* appellant, in propria persona; *James R. Dailey,* Assistant District Attorney, and *Lindley R. McClelland,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lyons, Appellant.

Submitted November 14, 1966. *Paul T. Lyons,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McDermott, Appellant.

Submitted November 14, 1966. *Leroy Richard McDermott,* appellant, in propria persona; *Blair V. Pawlowski,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.